NDISPO, STAYED, TERMED

# U.S. District Court
# District of Colorado (Denver)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00306-WYD-KLM
# Internal Use Only

Teller et al v. Davol, Inc. et al
Assigned to: Judge Wiley Y. Daniel
Referred to: Magistrate Judge Kristen L. Mix
Cause: 28:1332 Diversity-Product Liability

Date Filed: 02/12/2008
Date Terminated: 04/07/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Donald Teller, II** represented by **Michael David Eric McDivitt**
McDivitt Law Firm, P.C.
19 East Cimarron Street
Colorado Springs, CO 80903
719-471-3700
Fax: 719-471-9782
Email: dmcdivitt@mcdivittlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Teller** represented by **Michael David Eric McDivitt**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **Mark A. Fogg**
Kennedy Childs & Fogg, PC-Denver
1050 17th Street
#2500
Denver, CO 80265-2080
303-825-2700
Fax: 825-0434
Email: Mfogg@kcfpc.com

**Terry Cipoletti**
Kennedy Childs & Fogg, PC-Denver
1050 17th Street

#2500
Denver, CO 80265-2080
303-825-2700
Fax: 303-825-0434
Email: tcipoletti@kcfpc.com

**Defendant**

**C.R. Bard, Inc.** represented by **Mark A. Fogg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Terry Cipoletti**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2008 | 1 | COMPLAINT against Davol, Inc., C.R. Bard, Inc. ( Filing fee $ 350, Receipt Number COX007699) Summons issued, filed by Donald Teller, II, Carolyn Teller. (Attachments: # 1 Civil Cover Sheet, # 2 Receipt)(llk, ) (Entered: 02/13/2008) |
| 02/15/2008 | 2 | ORDER REFERRING CASE to Magistrate Judge Kristen L. Mix. Signed by Judge Wiley Y. Daniel on 2/15/08. (wydcd, rrk) (Entered: 02/20/2008) |
| 02/20/2008 | 3 | ORDER, Scheduling Conference set for 4/10/2008 10:30 AM in Courtroom A 501 before Magistrate Judge Kristen L. Mix. Signed by Magistrate Judge Kristen L. Mix on 2/20/08. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(erv, ) (Entered: 02/20/2008) |
| 03/20/2008 | 4 | Unopposed MOTION to Stay *Proceedings Pending Transfer to Federal Multidistrict Litigation* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A) (Cipoletti, Terry) (Entered: 03/20/2008) |
| 03/20/2008 | 5 | NOTICE *Regarding Pendency of Multidistrict Litigation and Associated Cases* by Defendants Davol, Inc., C.R. Bard, Inc. (Cipoletti, Terry) (Entered: 03/20/2008) |
| 03/20/2008 | 6 | STATEMENT *Corporate Disclosure Statement* by Defendants Davol, Inc., C.R. Bard, Inc.. (Cipoletti, Terry) (Entered: 03/20/2008) |
| 03/31/2008 | 14 | Courtesy Copy of Letter from Clerk of the MDL Panel to the Clerk, USDC, Rhode Island, regarding CTO-16 (MDL No. 1842). (llk, ) (Entered: 04/07/2008) |
| 04/01/2008 | | (Court only) ***Motions terminated: 4 Unopposed MOTION to Stay Proceedings Pending Transfer to Federal Multidistrict Litigation filed by C.R. Bard, Inc., Davol, Inc. This needs to be refiled as a two part motion. (erv, ) (Entered: 04/01/2008) |
| 04/01/2008 | 7 | Docket Annotation re: 4 Unopposed MOTION to Stay Proceedings Pending Transfer to Federal Multidistrict Litigation, Csl will be refiling as a two-part motion. Text only entry - no document attached (erv, ) (Entered: 04/01/2008) |
| 04/01/2008 | 8 | NOTICE of Entry of Appearance by Mark A. Fogg on behalf of Davol, Inc., C.R. Bard, Inc. (Fogg, Mark) (Entered: 04/01/2008) |
| 04/01/2008 | 9 | Unopposed MOTION to Stay *Proceedings Pending Completion of Transfer to Federal* |

| | | |
|---|---|---|
| | | *Multidistrict Litigation*, Unopposed MOTION to Vacate *the April 10, 2008 Scheduling Conference* by Defendants Davol, Inc., C.R. Bard, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Cipoletti, Terry) (Entered: 04/01/2008) |
| 04/01/2008 | 15 | Certified Copy of Conditional Transfer ORDER (CTO-16) by the Clerk, USDC, Rhode Island transferring this case to that court and assigned to the Honorable Mary M. Lisi. (MDL No. 1842). Certified on 4/1/2008. (llk, ) (Entered: 04/07/2008) |
| 04/03/2008 | 10 | MEMORANDUM regarding 9 Unopposed MOTION to Vacate the April 10, 2008 Scheduling Conference filed by C.R. Bard, Inc., Davol, Inc.. Motions referred to Magistrate Judge Kristen L. Mix, by Judge Wiley Y. Daniel on 4/3/08. (Text Only Entry - No Document Attached)(erv, ) (Entered: 04/03/2008) |
| 04/03/2008 | 11 | Unopposed MOTION For Extension of Time to *Comply with Pre-Scheduling Conference Deadlines* by Defendants Davol, Inc., C.R. Bard, Inc.. (Cipoletti, Terry) (Entered: 04/03/2008) |
| 04/04/2008 | 12 | MEMORANDUM regarding 11 Unopposed MOTION For Extension of Time to *Comply with Pre-Scheduling Conference Deadlines* filed by C.R. Bard, Inc., Davol, Inc.. Motions referred to Magistrate Judge Kristen L. Mix. Referred by Judge Wiley Y. Daniel on 4/4/08. (Text Only Entry - No Document Attached) (wydcd, rrk) (Entered: 04/04/2008) |
| 04/04/2008 | 13 | MINUTE ORDER granting 9 Dfts Unopposed Motion to Stay; granting 9 Motion to Vacate the 4/10/08 Scheduling Conf; Denting as moot 11 Motion for Extension of Time. Signed by Magistrate Judge Kristen L. Mix on 4/4/08.(erv, ) (Entered: 04/04/2008) |
| 04/04/2008 | | (Court only) ***Scheduling Conf Deadlines terminated. (erv, ) (Entered: 04/04/2008) |
| 04/07/2008 | | (Court only) ***Civil Case Terminated pursuant to CTO-16. This case is transferred to the District of Rhode Island. (llk, ) (Entered: 04/07/2008) |